United States District Court
Southern District of Texas
**ENTERED**
May 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IVAN ISRAEL MUNOZ ELIZALDE, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02503 |
| | § | |
| RAYMOND THOMPSON, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

On March 19, 2026, Petitioner Ivan Israel Munoz Elizalde ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. Doc. #1. On April 8, 2026, Respondents filed a Notice of Intent to Remove notifying the Court that the Government intended "to remove Petitioner within give (5) days of the filing of this Notice." Doc. #7. Petitioner filed a letter to the Court on April 20, 2026 (Doc. #8) but has not filed a response to the Government's Notice.

The parties are ORDERED to file a status report no later than June 1, 2026, advising whether Petitioner remains in immigration custody or has been removed from the United States.

It is so ORDERED.

MAY 27 2026

Date

The Honorable Alfred H. Bennett
United States District Judge