UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IVAN ISRAEL MUNOZ ELIZALDE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02503 |
| | § | |
| RAYMOND THOMPSON, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

Before the Court is the Federal Respondents' Status Report and Motion to Dismiss Petition for a Writ of Habeas Corpus as Moot (the "Motion"). Doc. #11. Since the filing of this lawsuit, Petitioner has been released from custody by the Department of Homeland Security into custody of the Walton County (Florida) Sheriff's Office. As such, the petition is now moot. Thus, the Motion is GRANTED and the case is dismissed WITH PREJUDICE.

The Clerk is DIRECTED to close this case.

It is so ORDERED.

JUN 0 2 2026

Date

The Honorable Alfred H. Bennett
United States District Judge